# REDACTED COPY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED

2014 OC -8  AM 11: 24

WESTERN DISTRICT OF TEXAS
U.S. CLERK'S OFFICE

Cause No. _____

BY: _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED INDICTMENT** |
| | § | |
| v. | § | |
| | § | [VIO: COUNT ONE: 21 |
| GEORGE ALAMILLO          (1) | § | U.S.C. § 841(a)(1) & (b)(1)(B) |
| LUCIO LEROY GONZALEZ     (2) | § | & 846, Conspiracy to Possess |
| ARTURO PEREZ, JR. a.k.a. "Art" (3) | § | with Intent to Distribute |
| MARTHA ZULEMA PEREZ      (4) | § | Cocaine; COUNT TWO: 21 |
| JOSE LUIS PEREZ          (5) | § | U.S.C. § 841(a)(1)&(b)(1)(B), |
| LLOYD DANIEL JACQUEZ a.k.a. "Richie" (6) | § | Possession of Cocaine With |
| | § | Intent to Distribute; COUNT |
| JAVIER PEREZ a.k.a. "J-Bird"  (8) | § | THREE: 21 U.S.C. § 841(a)(1) |
| JESUS VICTORINO a.k.a. "Chuy" (9) | § | & (b)(1)(C) & 846, Conspiracy |
| JOHN DAVID VICTORINO a.k.a. "Pajaro" (10) | § | to Possess with Intent to |
| MARGARITO BALCAZAR a.k.a. "Nunito" (11) | § | Distribute Cocaine; COUNT |
| VENTURA MORENO a.k.a. "Benny" (12) | § | FOUR: 8 U.S.C. § |
| REYNALDO ROBLEDO a.k.a. "Rey" (13) | § | 1324(a)(1)(A)(v)(I) & (B)(i), |
| TIMOTHY PENA             (14) | § | Conspiracy to Transport Illegal |
| JESSE JOE QUEVEDO a.k.a. "Caveman", | § | Aliens; COUNT FIVE: 8 |
| "Chuy" (15) | § | U.S.C. § 1324(a)(1)(A)(v)(I) & |
| GERARDO MARTINEZ a.k.a. "Gerry" (16) | § | (B)(i), Conspiracy to Transport |
| | § | Illegal Aliens; COUNT SIX: |
| JESSICA LARA RODRIGUEZ   (18) | § | 21 U.S.C. § 841(a)(1) & |
| CHRIS MARTINEZ           (19) | § | (b)(1)(D) & 846, Conspiracy to |
| RAMIRO AGUILAR a.k.a. "Ram" (20) | § | Possess with Intent to |
| JOHNNY AGUILAR           (21) | § | Distribute Marijuana;  COUNT |
| MARK ANTHONY MENA        (22) | § | SEVEN: 18 U.S.C. § |
| DEEANA NICOLE MARTINEZ   (23) | § | 922(g)(3), Unlawful Possession |
| CLAUDIO PABLO JIMENEZ a.k.a. "Clyde" (24) | § | of Firearm by Drug User; |
| JAVIER DELAROSA          (25) | § | COUNT EIGHT: 18 U.S.C. § |
| | § | 4, Misprision of a Felony.] |
| DOMINGO AGUILAR a.k.a. "Mingo" (27) | § | |

# DR 14 CR 1445

THE GRAND JURY CHARGES:

COUNT ONE
[21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846]

On or about July 9, 2014 through September 11, 2014, in the Western District of Texas,

Defendants,

GEORGE ALAMILLO (1)
LUCIO LEROY GONZALEZ (2)
ARTURO PEREZ, JR. a.k.a. "Art" (3)

knowingly, and intentionally and unlawfully combined, conspired, confederated and agreed

together and with others known and unknown to possess with the intent to distribute a controlled

substance, which offense involved a quantity of 500 grams or more of a mixture or substance

containing a detectable amount of Cocaine, a Schedule II Controlled Substance, contrary to Title

21, United States Code, Sections 841(a)(1) & (b)(1)(B) and 846.

COUNT TWO
[21 U.S.C. § 841(a)(1) & (b)(1)(B)]

On or about September 11, 2014, in the Western District of Texas, Defendants,

LUCIO LEROY GONZALEZ (2)
ARTURO PEREZ, JR. a.k.a. "Art" (3)

did knowingly, intentionally and unlawfully possess with the intent to distribute a controlled

substance, which offense involved 500 grams or more of a mixture or substance containing a

detectable amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21,

United States Code, Section 841(a)(1) & (b)(1)(B).

COUNT THREE
[21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846]

On or about February 1, 2014, through September 11, 2014, in the Western District of

Texas, Defendants,

| | |
|---|---|
| MARTHA ZULEMA PEREZ | (4) |
| JOSE LUIS PEREZ | (5) |
| LLOYD DANIEL JACQUEZ a.k.a. "Richie" (6) | |
| | |
| JAVIER PEREZ a.k.a. "J-Bird" | (8) |
| JESUS VICTORINO a.k.a. "Chuy" | (9) |
| JOHN DAVID VICTORINO a.k.a. "Pajaro" (10) | |
| MARGARITO BALCAZAR a.k.a. "Nunito" (11) | |
| VENTURA MORENO a.k.a. "Benny" (12) | |
| REYNALDO ROBLEDO a.k.a. "Rey" (13) | |
| TIMOTHY PENA | (14) |
| JESSE JOE QUEVEDO a.k.a. "Caveman", "Chuy" (15) | |
| GERARDO MARTINEZ a.k.a. "Gerry" (16) | |
| | |
| JESSICA LARA RODRIGUEZ | (18) |
| CHRIS MARTINEZ | (19) |
| RAMIRO AGUILAR a.k.a. "Ram" | (20) |
| JOHNNY AGUILAR | (21) |
| MARK ANTHONY MENA | (22) |
| DEEANA NICOLE MARTINEZ | (23) |

knowingly, and intentionally and unlawfully combined, conspired, confederated and agreed

together and with others known and unknown to possess with the intent to distribute a controlled

substance, which offense involved a quantity of a mixture or substance containing a detectable

amount of Cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States

Code, Sections 841(a)(1) & (b)(1)(C) and 846.

COUNT FOUR
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about May 20, 2014 continuing through June 19, 2014, in the Western District of

Texas, Defendants,

GERARDO MARTINEZ a.k.a. "Gerry" (16)

did knowingly and intentionally combine, conspire, confederate and agree with each other and

with others known and unknown to the Grand Jury, to commit the following offense against the

United States: to transport and move, and attempt to transport and move, by means of

transportation or otherwise, aliens who entered and remained in the United States in violation of

law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in

the United States in violation of law, and in furtherance of such violation of law, in violation of

Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

COUNT FIVE
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

On or about May 1, 2014 continuing through May 5, 2014, in the Western District of

Texas, Defendants,

CLAUDIO PABLO JIMENEZ a.k.a. "Clyde" (24)
JAVIER DELAROSA            (25)

did knowingly and intentionally combine, conspire, confederate and agree with each other and

with others known and unknown to the Grand Jury, to commit the following offense against the

United States: to transport and move, and attempt to transport and move, by means of

transportation or otherwise, aliens who entered and remained in the United States in violation of

law, knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

## COUNT SIX
[21 U.S.C. § 841(a)(1) & (b)(1)(D) and 846]

On or about May 5, 2014, in the Western District of Texas, Defendants,

CLAUDIO PABLO JIMENEZ a.k.a. "Clyde" (24)

knowingly, and intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to possess with the intent to distribute a controlled substance, which offense involved a quantity of a mixture or substance containing a detectable amount of Marijuana, a Schedule I Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) & (b)(1)(D) and 846.

## COUNT SEVEN
[18 U.S.C. § 922(g)(3)]

On or about June 10, 2014, in the Western District of Texas, Defendant,

DOMINGO AGUILAR a.k.a. "Mingo" (27)

then being an unlawful user of a controlled substance as defined in 21 U.S.C. Sec. 802 did knowingly possess in and affecting interstate commerce, a firearm, that is, a .22 caliber American Tactical Rifle, serial number A-316446, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(3).

COUNT EIGHT
[18 U.S.C. § 4]

On or about September 12, 2014, in the Western District of Texas, Defendant,

MARTHA ZULEMA PEREZ          (4)

having knowledge of the actual commission of a felony cognizable by a court of the United

States, to wit, Conspiracy to Possess with Intent to Distribute Cocaine, did conceal the same by

claiming not to have possession of a cellular phone belonging to Arturo Perez, Jr., and did not as

soon as possible make known the same to some judge or other person in civil or military

authority under the United States, in violation of 18 U.S.C. Section 4.

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

### I.

### Controlled Substance Forfeiture Statutes and Violations
[Title 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846;
subject to forfeiture pursuant to Title 21 U.S.C. §§ 853(a)(1) and (a)(2).
*See* Fed. R. Crim. P. 32.2]

As a result of the foregoing criminal violations set forth in Counts One, Two, and Three,

the United States gives notice to Defendants **ARTURO PEREZ, JR.** and **MARTHA ZULEMA**

**PEREZ**, of its intent to seek the forfeiture of the below described properties upon conviction and

pursuant to Fed. R. Crim. P. 32.2 and Title 21 U.S.C. §§ 853(a)(1) and (a)(2), which state:

**Title 21 U.S.C. § 853.**
**(a)** Any person convicted of a violation of this subchapter or subchapter II of this
chapter punishable by imprisonment for more than one year shall forfeit to the
United States, irrespective of any provision of State law–
> **(1)** any property constituting, or derived from, any proceeds the person
> obtained, directly or indirectly, as the result of such violation;
> **(2)** any of the person's property used, or intended to be used, in any
> manner or part, to commit, or to facilitate the commission of, such
> violation.

This Notice of Demand for Forfeiture includes but is not limited to the properties described in the paragraphs below.

## II.
### Real Properties

1. Residence located at **648 W. Hazel St., La Pryor, Zavala County, Texas** with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows: Lots 11 and 12, Block 36, La Pryor, TX; and

2. Real Property located at **W. Hazel St., La Pryor, Zavala County, Texas** with all buildings, appurtenances, and improvements thereon and any and all surface and sub-surface rights, title, and interests, if any, and being more fully described as follows: Lot 9, Block 36, La Pryor, TX.

A TRUE BILL

_____
FOREPERSON

ROBERT PITMAN
United States Attorney

By: _____
LEWIS THOMAS
Assistant United States Attorney

_____
KATIE GRIFFIN
Assistant United States Attorney

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014      MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: GEORGE ALAMILLO

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED      DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 5 to 40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA      USAO #: 2014R02093

DATE: OCTOBER 8, 2014     MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: LUCIO LEROY GONZALEZ

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES     LANGUAGE: SPANISH

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED     DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 2 - 21 U.S.C. § 841(a)(1) & (b)(1)(B), Possession with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: For each count: 5 to 40 years imprisonment; up to $5 million fine; at least 4 years of supervised release; $100 special assessment for each count of conviction.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

# DR14CR1445

SEALED:
UNSEALED: XX

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>ZAVALA</u>　　　　USAO #: <u>2014R16103</u>

DATE: <u>OCTOBER 8, 2014</u>　　MAG. CT. #: DR14-9702M

AUSA: <u>LEWIS THOMAS/KATIE GRIFFIN</u>

DEFENDANT: <u>ARTURO PEREZ, JR. a.k.a. "Art"</u>

CITIZENSHIP: <u>UNKNOWN</u>

INTERPRETER NEEDED: <u>YES</u>　　　LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: GREGORY TORRES

ADDRESS OF ATTORNEY: 457 Jefferson St., Eagle Pass, Texas 78852

DEFENDANT IS: <u>RELEASED ON BOND</u>　　　DATE OF ARREST:  9/11/14

BENCH WARRANT NEEDED: <u>NO</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 1 - 21 U.S.C. § 841(a)(1) & (b)(1)(B) and 846,</u>
<u>Conspiracy to possess with intent to distribute Cocaine; Count 2 - 21 U.S.C. § 841(a)(1) &</u>
<u>(b)(1)(B), Possession with intent to distribute Cocaine.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>For each count: 5 to 40 years imprisonment; up to $5 million fine; at</u>
<u>least 4 years of supervised release; $100 special assessment for each count of conviction.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA           USAO #: 2014R02093

DATE: OCTOBER 8, 2014    MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: MARTHA ZULEMA PEREZ

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES        LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED        DATE OF ARREST: N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 8 – 18 U.S.C. § 4, Misprision of a Felony.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: Count 3: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment; Count 8: 0 to 3 years imprisonment, $250,000 fine, $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:

UNSEALED: XX

## DR 14 CR 1445

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014          MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: JOSE LUIS PEREZ

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

# DR14CR1445

SEALED:
UNSEALED: XX

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

COUNTY: <u>ZAVALA</u>          USAO #: <u>2014R02093</u>

DATE: <u>OCTOBER 8, 2014</u>          MAG. CT. #: MATTER

AUSA: <u>LEWIS THOMAS/KATIE GRIFFIN</u>

DEFENDANT: <u>LLOYD DANIEL JACQUEZ a.k.a. "Richie"</u>

CITIZENSHIP: <u>UNKNOWN</u>

INTERPRETER NEEDED: <u>YES</u>          LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: <u>TO BE ARRESTED</u>          DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: <u>YES</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846,</u>
<u>Conspiracy to possess with intent to distribute Cocaine.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>0 to 20 years imprisonment; up to $1 million fine; at least 3 years of</u>
<u>supervised release; $100 special assessment.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014          MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: JAVIER PEREZ a.k.a. "J-Bird"

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>ZAVALA</u>     USAO #: <u>2014R02093</u>

DATE: <u>OCTOBER 8, 2014</u>   MAG. CT. #: MATTER

AUSA: <u>LEWIS THOMAS/KATIE GRIFFIN</u>

DEFENDANT: <u>JESUS M. VICTORINO a.k.a. "Chuy"</u>

CITIZENSHIP: <u>UNKNOWN</u>

INTERPRETER NEEDED: <u>YES</u>     LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: <u>TO BE ARRESTED</u>     DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: <u>YES</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846,</u>
<u>Conspiracy to possess with intent to distribute Cocaine.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>0 to 20 years imprisonment; up to $1 million fine; at least 3 years of</u>
<u>supervised release; $100 special assessment.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014          MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: JOHN DAVID VICTORINO a.k.a. "Pajaro"

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA            USAO #: 2014R02093

DATE: OCTOBER 8, 2014      MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: MARGARITO BALCAZAR a.k.a. "Nunito"

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES         LANGUAGE: SPANISH

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED        DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014          MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: VENTURA MORENO a.k.a. "Benny"

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>ZAVALA</u>          USAO #: <u>2014R02093</u>

DATE: <u>OCTOBER 8, 2014</u>     MAG. CT. #: MATTER

AUSA: <u>LEWIS THOMAS/KATIE GRIFFIN</u>

DEFENDANT: <u>REYNALDO ROBLEDO a.k.a. "Rey"</u>

CITIZENSHIP: <u>UNKNOWN</u>

INTERPRETER NEEDED: <u>YES</u>          LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: <u>TO BE ARRESTED</u>          DATE OF ARREST: N/A

BENCH WARRANT NEEDED: <u>YES</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846,</u>
<u>Conspiracy to possess with intent to distribute Cocaine.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>0 to 20 years imprisonment; up to $1 million fine; at least 3 years of</u>
<u>supervised release; $100 special assessment.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR 14 CR 1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>ZAVALA</u>          USAO #: <u>2014R02093</u>

DATE: <u>OCTOBER 8, 2014</u>          MAG. CT. #: MATTER

AUSA: <u>LEWIS THOMAS/KATIE GRIFFIN</u>

DEFENDANT: <u>TIMOTHY PENA</u>

CITIZENSHIP: <u>UNKNOWN</u>

INTERPRETER NEEDED: <u>YES</u>          LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: <u>TO BE ARRESTED</u>          DATE OF ARREST: N/A

BENCH WARRANT NEEDED: <u>YES</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846,</u>
<u>Conspiracy to possess with intent to distribute Cocaine.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>0 to 20 years imprisonment; up to $1 million fine; at least 3 years of</u>
<u>supervised release; $100 special assessment.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA        USAO #: 2014R02093

DATE: OCTOBER 8, 2014    MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: JESSE JOE QUEVEDO a.k.a. "Caveman", "Chuy"

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES        LANGUAGE: SPANISH

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED        DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014          MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: GERARDO MARTINEZ a.k.a. "Gerry"

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine; Count 4 – 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i), Conspiracy to Transport Illegal Aliens.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: Count 3: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment; Count 4: 0 to 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

## DR14CR1445

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

COUNTY: ZAVALA            USAO #: 2014R02093

DATE: OCTOBER 8, 2014      MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: JESSICA LARA RODRIGUEZ

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES         LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST: N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014     MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: CHRIS MARTINEZ

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED     DATE OF ARREST: N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:

UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: <u>ZAVALA</u>          USAO #: <u>2014R02093</u>

DATE: <u>OCTOBER 8, 2014</u>     MAG. CT. #: MATTER

AUSA: <u>LEWIS THOMAS/KATIE GRIFFIN</u>

DEFENDANT: <u>RAMIRO AGUILAR a.k.a. "Ram"</u>

CITIZENSHIP: <u>UNKNOWN</u>

INTERPRETER NEEDED: <u>YES</u>          LANGUAGE: <u>SPANISH</u>

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: <u>TO BE ARRESTED</u>          DATE OF ARREST: N/A

BENCH WARRANT NEEDED: <u>YES</u>

PROBATION OFFICER: <u>N/A</u>

NAME AND ADDRESS OF SURETY: <u>N/A</u>

YOUTH CORRECTIONS ACT APPLICABLE: <u>NO</u>

PROSECUTION BY: <u>INDICTMENT</u>

OFFENSE: (Code & Description): <u>Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846,</u>
<u>Conspiracy to possess with intent to distribute Cocaine.</u>

OFFENSE IS A: <u>FELONY</u>

MAXIMUM SENTENCE: <u>0 to 20 years imprisonment; up to $1 million fine; at least 3 years of</u>
<u>supervised release; $100 special assessment.</u>

PENALTY IS MANDATORY: <u>YES & NO</u>

REMARKS: <u>SEE ABOVE</u>

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014     MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: JOHNNY AGUILAR

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST: N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014          MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: MARK ANTHONY MENA

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST: N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:

UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014          MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: DEEANA NICOLE MARTINEZ

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST: N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 3 - 21 U.S.C. § 841(a)(1) & (b)(1)(C) and 846, Conspiracy to possess with intent to distribute Cocaine.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 20 years imprisonment; up to $1 million fine; at least 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR14CR1445

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

COUNTY: ZAVALA        USAO #: 2014R02093

DATE: OCTOBER 8, 2014    MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: CLAUDIO PABLO JIMENEZ a.k.a. "Clyde"

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES      LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED     DATE OF ARREST: N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 5 – 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i), Conspiracy to transport illegal aliens; Count 6 - 21 U.S.C. § 841(a)(1) & (b)(1)(D) and 846, Conspiracy to possess with intent to distribute Marijuana.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: Count 5: 0 to 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 special assessment; Count 6: 0 to 5 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX

# DR 1 4 CR 1 4 4 5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014       MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: JAVIER DELAROSA

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES       LANGUAGE: SPANISH

DEFENSE ATTORNEY:  NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED       DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description):  Count 5 -- 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i), Conspiracy to transport illegal aliens.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3

SEALED:
UNSEALED: XX                    **DR14CR1445**

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### DEL RIO DIVISION

COUNTY: ZAVALA          USAO #: 2014R02093

DATE: OCTOBER 8, 2014          MAG. CT. #: MATTER

AUSA: LEWIS THOMAS/KATIE GRIFFIN

DEFENDANT: DOMINGO AGUILAR a.k.a. "Mingo"

CITIZENSHIP: UNKNOWN

INTERPRETER NEEDED: YES          LANGUAGE: SPANISH

DEFENSE ATTORNEY: NOT APPOINTED YET

ADDRESS OF ATTORNEY:

DEFENDANT IS: TO BE ARRESTED          DATE OF ARREST:  N/A

BENCH WARRANT NEEDED: YES

PROBATION OFFICER: N/A

NAME AND ADDRESS OF SURETY: N/A

YOUTH CORRECTIONS ACT APPLICABLE: NO

PROSECUTION BY: INDICTMENT

OFFENSE: (Code & Description): Count 7 – 18 U.S.C. § 922(g)(3), Unlawful Possession of Firearm by Drug User.

OFFENSE IS A: FELONY

MAXIMUM SENTENCE: 0 to 10 years imprisonment; up to $250,000 fine; up to 3 years of supervised release; $100 special assessment.

PENALTY IS MANDATORY: YES & NO

REMARKS: SEE ABOVE

W/DT-CR-3